The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHENZHEN XINXIANGMING
OPTOELECTRONICS CO., LTD.,

Plaintiff,

v.

FLIP IT CAP LLC,

Defendant.

Case No.: 2:25-CV-2740 JLR

~~PROPOSED~~ ORDER GRANTING
DEFENDANT'S MOTION FOR
EXTENSION OF TIME TO FILE
ANSWER

THIS MATTER came on for hearing before this Court pursuant to the parties' Motion for Extension of time to file Answer. The Court considered the records and files contained herein, including the following:

1. The Motion for Extension of Time to File Answer;

2. The pleadings and documents on file with this Court;

3. _____N/A_____;

4. _____N/A_____;

5. _____N/A_____

Based on the record and being otherwise fully informed, NOW, THEREFORE, it is hereby

ORDERED that the parties' Motion for Extension of Time to File Answer is hereby GRANTED.

~~PROPOSED~~ ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO FILE ANSWER TO COMPLAINT - 1
CASE NO.: 2:25-CV-2740
BUCHALTER 107902952v1

BUCHALTER LLP
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

SIGNED this 3rd day of February, 2026.

The Honorable James L. Robart

Presented by:

By: /s/John Crosetto
John Crosetto, WSBA #36667
Buchalter, LLP
1420 Fifth Avenue, Suite 3100
Seattle, WA  98101-1337
jcrosetto@buchalter.com

*Attorneys for Defendant*

MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO
COMPLAINT - 2
CASE NO.: 2:25-CV-2740
BUCHALTER 107902952v1

BUCHALTER LLP
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA  98101-1337
TELEPHONE: 206.319.7052